# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142805(40)

LINDA SUE WOLFORD,
      Plaintiff-Appellee,

v

PHILLIP ANTHONY PIKARSKI,
      Defendant,

and

THUMB HOME REAL VIDEO, LLC,
      Defendant-Appellant

_____/

SC: 142805
COA: 295989
Huron CC: 09-004076-NI

On order of the Court, the motion for reconsideration of this Court's July 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

HATHAWAY, J., would grant the plaintiff's motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

Clerk

d1114